Time set: 10:00 AM
Start time: 10:17 AM
End time: 10:58 AM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTE OF PROCEEDINGS:

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Reina Alvarez Miranda        Date: June 16, 2022

COURT REPORTER: Evilys Carrion                  **Criminal Case: 19-121 (SCC)**

==========================================================================

**Attorneys**

| | |
|---|---|
| United States of America | AUSA Joseph L. Russell |
| v. | |
| (2) Vladimir Natera-Abreu | Jennie M. Espada-Ocasio |
| (5) Jose L. Garcia-Lopez | Linda George |
| (6) Luis A. Garcia-Lopez | Howard Leader |
| (7) Elvin O. Cruz-Verges | Kehylis Y. Vazquez-Torres |
| (9) Segismar Rodriguez-Rivera | Francisco J. Adam (for Raul S. Mariani-Franco) |
| (10) Luis Serrano-Nieves | Juan P. Rivera-Roman – NOT PRESENT |
| (11) Christian O. Dalmau-Garcia | Rafael F. Castro-Lang |
| (12) Fabian Viloria-Sepulveda | Miguel Oppenheimer (for Jose L. Novas-Debien) |
| (13) Anthony Vazquez-Arroyo | Diego H. Alcala-Laboy |
| (14) Luis R. Espinal-Rivera | Francisco J. Adams-Quesada |
| (15) Ignacio Gual-Calderon | Peter Diaz-Santiago – NOT PRESENT |
| (16) Jonathan Rivera-Carrasquillo | Rachel Brill |
| (17) Samuel Castro-Rivera | Rafael Castro-Lang (for Raymond L. Sanchez) |
| (19) Joset J. Rivera-Verdejo | Jennie M. Espada-Ocasio (for Alejandro Sanfeliu-Vera) |
| (20) Jason Arroyo-Perez | Miguel A. Rodriguez-Robles (not present) |
| (26) Jonathan O. Arce-Carrillo | Rafael F. Castro-Lang |
| (27) Gustavo J. Germes-Estrella | Victor A. Ramos-Rodriguez |
| (28) Dionicio Odali De La Rosa-Richiez | Lydia Lizarribar-Masini |
| (30) Carlos R. Nieves | Ruben Cerezo-Hernanzdez |
| (33) Adams E. Aquino-Rosario | Marta T. Rey-Cacho |
| (34) Alexis Fermaint-Caraballo | Johnny Rivera-Gonzalez (for Jose B. Velez-Goveo) |
| (35) Christian J. Sierra-Perez | Johnny Rivera-Gonzalez |
| (36) Victor Rivera-Galindez | Eduardo Ferrer-Rios – NOT PRESENT |
| (38) Edgardo A. Benitez-Guivas | Thomas Trebilcock-Horan |

Time set: 10:00 AM
Start time: 10:17 AM
End time: 10:58 AM

| | |
|---|---|
| (53) Edwin Rosa-Colon | Mariangela Tirado-Vales |
| (54) Luis O. Caban-Rodriguez | Miguel Oppenheimer |
| (56) Leslie R. Dominguez-Miranda | Juan F. Matos-De-Juan |
| (60) Joel C. Nieves-Torres | Miguel Oppenheimer (for Jason Gonzalez-Delgado) |
| (65) Jose J. Piris-Hernandez | Thomas R. Lincoln-San-Juan |
| (68) Michael G. Marrero-Castro | Rosa Ivette Bonini-Laracuente |
| (72) Reynaldo M. Diaz-Verges | Joseph G. Feldstein-Del Valle |
| (74) Carlos Gabriel Rodriguez-Melendez | Ernesto Hernandez-Milan |

## CASE CALLED FOR A PRETRIAL CONFERENCE

Defense counsel, listed above, were present by Video Tele-Conference (VTC). The parties had no objections as to conducting the hearing by VTC to protect everyone's health in view of the pandemic.

Status of the case was discussed.

The Court clarified concerns regarding COVID protocols when transporting inmates to the Courthouse for Court proceedings.

The Court also clarified that although the Court may request and recommend that a defendant be brought back to the jurisdiction, the US Marshal Services will exercise its discretion taking into account factors like security and capacity for the amount of inmates at the institutions.

The government informed that plea negotiations are ongoing. There is a plea agreement offer that is subject to the first 8 defendants' acceptance. If the first 8 defendants do not plead, the plea agreement will be withdrawn as to the remaining defendants.

The Court informed that June 30th, 2022 is available for scheduling the Change of Plea Hearings of the 8 first defendants if they file the motion for change of plea.

Time set: 10:00 AM
Start time: 10:17 AM
End time: 10:58 AM

Concerns voiced by defense counsel regarding poor communication with their clients due to COVID protocols were heard.

Defense counsel informed that plea negotiations are ongoing.

Defense counsel requested that the date for pleading guilty be extended and that the trial date be adjourned for 6 weeks. The government had no objections.

The Court held both matters under advisement. Ruling to be issued by separate order.

STA tolled in the interest of justice. The Court finds that the defendants' need to review discovery and engage in plea negotiations outweighs the defendants' and the community's interest in a speedy trial.

In San Juan, Puerto Rico, this 16th day of June, 2022.

s/ Reina Alvarez Miranda
COURTROOM DEPUTY